■ MILAGROS RUIZ, Respondent, v. RONALD RUIZ, Appellant.— Order, Supreme Court, Bronx County, entered June 6, 1972, modified, on the law and the facts and in the exercise of discretion, by reducing temporary alimony to $55 per week and otherwise, affirmed, without costs and without disbursements. In balancing the necessary facts for a determination of the amount of support (*Phillips* v. *Phillips*, 1 A D 2d 393, 398, affd. without opn. 2 N Y 2d 742), in view of the sharply contested contentions, the amount indicated is within the husband's ability to pay and helps to maintain the wife and child pending the trial. (See *Bleiman* v. *Bleiman*, 272 App. Div. 760.) Concur — Kupferman, J. P., Steuer and Capozzoli, JJ.; Murphy, J., dissents and votes to affirm.

■ BERNICE KOHN, Respondent, v. SABRA TRUCKING AND WAREHOUSE, INC., et al., Appellants.— Order, Supreme Court, New York County, entered on February 16, 1972, granting plaintiff's motion to open her default and restoring the action to the calendar, unanimously reversed, on the law, the facts and in the exercise of discretion, without costs and without disbursements, and the motion denied. The action was begun July 6, 1966. Issue was joined and the case appeared on the calendar on September 26, 1969, and was struck off for failure to appear. In accord with CPLR 3404 it was dismissed on September 26, 1970. From then until January, 1972, when this motion was made, no steps were taken. No adequate excuse was offered for the original failure, nor for the delay in seeking to cure the default (*Sortino* v. *Fisher*, 20 A D 2d 25; *Evans* v. *Kompinski*, 28 A D 2d 635; *Bosco* v. *De Pitt's Mountain Lodge*, 28 A D 2d 717). The total period of inactivity was 27 months. Prejudice to the defendant is not a factor in the face of such extended delay (*Coban* v. *Wil-Sade Realties*, 19 A D 2d 605). Concur — Kupferman, J. P., Murphy, Lane and Steuer, JJ.